## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

---

**BEALE STREET AUDIO, INC., ET AL.,**

     **PLAINTIFFS,**

**v.**                                          **Civil Action No. 2:15-cv-02623-JTF-tmp**

**JIMMY LEE MURRAY and**
**JDA TECHNOLOGY, LLC,**

     **DEFENDANTS.**

---

### NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 41.1, Plaintiffs, Beale Street Audio, Inc., BSA Fulmer, LLC d/b/a Beale Street Audio, LLC, and Arthur Fulmer, III provide notice of their voluntary dismissal of this matter without prejudice.

Respectfully submitted,

/s/ Kathryn K. Van Namen
Stephen C. Hall
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY 40202
Lexington, Kentucky 40507
Telephone: (502) 562-7355
Facsimile: (502) 589-0309
schall@wyattfirm.com

and

Matthew M. Lubozynski (#33163)
Kathryn K. Van Namen (#31322)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
Phone: (901) 537-1000
Fax: (901) 537-1010
mlubozynski@wyattfirm.com
kvannamen@wyattfirm.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The foregoing document was filed via the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties to this action.

s/ Kathryn K. Van Namen

61453662.1

2